IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>GLORIA JEAN LEE<br><br><br><br><br>Debtor(s) | Case No. 16-81703-BPC<br>Chapter 13 |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

### TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, in the above-styled case, and objects to Court Claim #7 of Wilmington Savings Fund Society. As grounds for said objection, the Trustee states as follows:

The debtor(s) plan provided for the surrender of collateral to the creditor. The Trustee sent a written request to the creditor that the creditor amend its claim to reflect any proceeds realized upon disposition of the collateral. The creditor has not responded to this written request. The Trustee contends that a purpose would be served in the granting of this objection claim.

WHEREFORE, the Trustee objects to Court Claim #7 of Wilmington Savings Fund Society, and moves this Honorable Court to reduce the claim to the amount paid, with a balance of zero, and for any such other relief as this Court deems proper.

Respectfully submitted this Friday, October 2, 2020.

                                                            Sabrina L. McKinney
                                                            Chapter 13 Standing Trustee

                                                            By: /s/ *Sabrina L. McKinney*
                                                            Sabrina L. McKinney
                                                            Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:(334) 262-8371
Fax:(334) 262-8599
Email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Court Claim #7 of Wilmington Savings Fund Society on the parties listed below by either electronic mail or by First-Class U.S. Mail, postage prepaid and properly addressed, this Friday, October 2, 2020.

                                                                      /s/ *Sabrina L. McKinney*
                                                                        Sabrina L. McKinney
                                                                        Chapter 13 Trustee

Copy to:  GLORIA JEAN LEE
             WILMINGTON SAVINGS FUND SOCIETY
             AMERICA A CROSS