UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16–81703
 Chapter 13
Gloria Jean Lee ,

 Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Wilmington Savings Fund Society, FSB, et al (Claim 7)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated November 5, 2020

Bess M. Parrish Creswell
United States Bankruptcy Judge